State of Virginia
United States
District Court
Clerk and Court
Officials
Martinsburg West Va,
25401

FILED
OCT 01 2014
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Lillie Mae Stallions

United States Post Office
Box 6964
Albany, New York
12206

September 29th 2014

Re: United States Dept of Treasury

United States Court Clerk of Court and Officials, Back a few years ago I sent you a Letter in regard to the United States Treasury located at Parkersburg, West Virginia in regard to my U.S. Saving Bonds that was stolen out of my Safe Deposit Boxes at Banks in New York and in New Jersey. Face Value of Bonds is one thousand Dollars each, Serie E or EE I have sent Claim forms for the Replacement of my Bonds as stated by Law. in the United States. Thus far, the Treasury has not replaced my Bonds or sent me any reasons why they have not replaced them

(over)

My Claim Forms was sent in 2008 and in 2009 an updated Claim Form was sent in 2013. I am requesting that you take the U.S. Treasury into Legal Court and find out why they have not replaced my Bonds or sent me any reasons why. Someone there at the Treasury stated that the Treasury cannot correspond with the right owner. I am the right owner of these stolen bonds that must be Replaced in paper as I bought them. I get a Legal Court order that the U.S. Treasury do not Deposit any money under my name and Personal Identity power to my knowledge to be used by any criminal organizations etc. I do not want any Direct Deposit and has indicated on my Claim Forms, that was notarized Legal, and also inform them not to have my name on anything in the treasury to send money to anyone etc. There is a Penalty for such late pulling my Bonds back and responding to other People whom I feel is stopping the Treasury from Replacement of my Bonds. Lillie Mae Williams Citizen

P.S. I have beliefs that the Treasury in Parkersburg West Virginia has leased my U.S. Bonds to Investors in states and cities and is using them in FRAUD and Corruption etc. No one cannot use my Bonds for employment, Housing or any other Investment etc. This would be FRAUD and Criminal. I have beliefs the Treasury is in Corruption with Criminal Organizations. All person or persons that is employed by the United States Treasury or any other agencies that is involved in any Criminal or Associated with FRAUD, illegal Businesses etc and all illegal Immigrants in the United States must be Deported back to the Countries they came from. They cannot be on staff in no states in the United States. I am a United States Citizen by Birth.

Lillie Williams